**MADDOX et al., Movants, v. RENNECKAR, Jr., et al., Opposed.**

Court of Appeals of Kentucky.

Feb. 13, 1940.

C. C. Adams for movants.

F. A. Harrison, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**ROSE et al., Movants, v. BENNETT et al., Opposed.**

Court of Appeals of Kentucky.

Feb. 23, 1940.

H. C. Gillis, Stephens & Steely and Tye & Siler for movant.

T. E. Mahan, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.